**1018**

In the Matter of HOYLE & RARICK CLOTH-
ING COMPANY, Bankrupt, Appellant.
No. 397.

Circuit Court of Appeals, Second Circuit.
May 8, 1933.

Joseph Giller and Archibald Palmer, both
of New York City (Sydney Basil Levy and
Herbert H. Klein, both of New York City,
on the brief), for appellant.

Gregory, Stewart & Montgomery, of New
York City (W. Randolph Montgomery, of
New York City, of counsel) for Hub Furni-
ture Co.

Before L. HAND, SWAN, and CHASE,
Circuit Judges.

PER CURIAM.
Order affirmed.

IRVING TRUST COMPANY, as Trustee in
Bankruptcy of KORN UNDERWEAR COR-
PORATION, Bankrupt, Appellee, v. TEX-
TILE BANKING CO., Inc., Appellant.
No. 436.

Circuit Court of Appeals, Second Circuit.
May 29, 1933.

White & Case, of New York City (Wil-
liam St. John Tozer, Milton A. Kramer, and
W. Arthur Cunningham, all of New York
City, of counsel), for appellant.

Marx & Kahn, of New York City (Laur-
ence A. Kahn, of New York City, and Nor-
man Berman, of Brooklyn, N. Y., of coun-
sel), for appellee.

Before L. HAND, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree (3 F. Supp. 816) affirmed.

Andrew KOOPMAN, Appellant, v. A. E. BUR-
NETT, District Director of Immigration,
District No. 31, Appellee.
No. 7179.

Circuit Court of Appeals, Ninth Circuit.
June 5, 1933.

Max Lewis, of Los Angeles, Cal., for ap-
pellant.

Peirson M. Hall, U. S. Atty., and Clyde
Thomas, Asst. U. S. Atty., both of Los An-
geles, Cal., for appellee.

Before WILBUR, SAWTELLE, and
GARRECHT, Circuit Judges.

PER CURIAM.
Upon stipulation of counsel for respec-
tive parties and good cause therefor appear-
ing, ordered appeal in this cause be dis-
missed; mandate forthwith.

E. W. KRAMER, Appellant, v. Hannah E.
FORBES et al., Appellees.
No. 7231.

Circuit Court of Appeals, Ninth Circuit.
July 27, 1933.

Peirson M. Hall, U. S. Atty., and Lewis
M. Andrews, Asst. U. S. Atty., both of Los
Angeles, Cal., and Everts, Ewing, Wild &
Everts and Dan F. Conway, all of Fresno,
Cal., for appellant.

Borton & Petrini, of Bakersfield, Cal., for
appellees.

Before SAWTELLE, Circuit Judge, and
NORCROSS, District Judge.

PER CURIAM.
Upon stipulation of counsel for respec-
tive parties, ordered appeal dismissed; man-
date forthwith.